E-FILED
Wednesday, 23 March, 2016  04:40:04 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Brian D. Broadfield,

    Plaintiff

vs.

Livingston County, Livingston county
sheriff's office; Sheriff Tony childress
supt, William Cox; Asst supt Stewart
Inman; Advaced Correctional Healthcare;
Dr Dan williams; Eli Lilly and company;
officer mcgrath; officer fosdic
~~secures correctional~~
Billing; Steller services LLC
C.B.M Managed services

    Defendant(s)

Case No. 16-1092
*(The case number will be assigned by the clerk)*

FILED

MAR 2 3 2016

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Current Work Address ___8411 W. Lincoln St___

___Pontiac Ill 61764___

Defendant #4:

Full Name: ___P.A Dan Williams___

Current Job Title: ___P.A Dr At Knox co Jail, Henry co. Jail___
___And Livingston co. Jail___
Current Work Address ___3922 W.___

___Barring Trace Peoria IL 61615___

Defendant #5:

Full Name: ___Dr Johnson President and C.e.O of A.C.H.C___

Current Job Title: ___Advanced correctional Healthcare___

Current Work Address ___3922 W. Barring trace___

___Peoria IL 61615___

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes  ☐          No  ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒          No ☐

C. If your answer to B is yes, how many? ___1___  Describe the lawsuit(s) below.

3

Current Work Address

**Defendant #4:**

Full Name: John C B lEChleiter President & C.eo

Current Job Title: Fli Lilly & company

Current Work Address world Headquarters Lilly corporate cente Indianapplis Indiana 46285

**Defendant #5:**

Full Name: Steller services LLC

Current Job Title: Commisary Distributer

Current Work Address 301 Buisiness Park circle Stoughton wi 53589

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case? Yes ☐ No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐ No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

Current Work Address _____

Defendant #4:

Full Name: C/O                    FasDick

Current Job Title: Correctional   officer

Current Work Address  841  W.  Lincoln  Pontiac
IL  61764        Livingston  county  Jail

Defendant #5:

Full Name: C.B.M  Managed  services

Current Job Title: Commisary

Current Work Address  500  E  52nd  N.  Soiux  fall
S.D   57104

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☐

C.  If your answer to B is yes, how many? _____  Describe the lawsuit(s) below.

3

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Brian D. Broadfield

Prison Identification Number: 18618-026

Current address: 844 W. Lincoln st

Pontiac, IL

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Livingston county sheriff ; Tony childress

Current Job Title: County sheriff

Current Work Address 844 W. Lincoln st

Pontiac IL 61764

Defendant #2:

Full Name: Supt william cox

Current Job Title: supt of Livingston county jail

Current Work Address 844 W. Lincoln st

Pontiac IL 61964

Defendant #3:

Full Name: Asst supt stewart Inman

Current Job Title: Asst supt of Livingston county jail

2

Current Work Address

**Defendant #4:**

Full Name: Secrus correctiona Billing

Current Job Title: Tele comminication company

Current Work Address @r P O Bo 1 04

adelson Tx 75001

**Defendant #5:**

Full Name: C O Mcgrath

Current Job Title: correctional officer

Current Work Address Livingston county Jail

844 w Lincoln Pontiac, I L 61764

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☐

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   Broadfield v Huston   2009   C.D.Il

2. Basic claim made   8Th amendment claim

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)   Semmery Judgment

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

   *Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑ No ☑

as of this point Administration at Livingston county Jail Refuses to Hear or address any more of my complaints, Effectively Denying me My Prison Litigation Reform act) P.L.R.A Rights

Asst supt stewart Inman ; supt william cox statete They will not address any grievence(s) of me

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Knox county Jail, Henry county Jail and Livingston county Jail

4

Date(s) of the occurrence 3-5-2015 — Present; January 2014 — March 5 - 2015 On or about odder 24, 2165 , on August or about August 23, 2015

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Claim

¶ 1) Administration at Livingston county Jail is ordering food from Local Restaurants I E Pizza Hut, Taza Bell, K.F.C & Hungry Boys and doobling the amount of the Price to sell to Inmates This is a commisary Item and is Prohibited By 20 administrative code 701.250(c) All commisary Items are to be sold at Local Prices also This is Price googling and a form of extortion

Claim

¶ 2) administration at Livingston county Jail is selling hot food as commisary Porchases using state funds. They are being sold at extreme Prices again violating 20 administrative code 20 701.250.(c) And not being sold at Local Prices, Price googling and extortion

Claim

¶ 3) C.B.M managed services & steller services LL.C and Livingston county Jail are violating 20 Administrative code 701.250 (c) and extremely Profiting From The sale of commisary sales when Filling Freedom of Imformation Request for Pricing have been Ignored I was moved from Henry county Jail on 3-5-2015

To Livingston County Jail and the same commisary
provider was at Both facilities =Teller LLC
The differences Between Pricing was extremely
Different Ranging from 1-3 $ dollars per Item
when I filed a grievence on the Issue I was
Threatend to be moved with sex offenders and Told
he would Just change commisary companies, in which
he Latter did and threw away the several grievences
I have filed on the Price goudging.

Claim
4) securus correctional Billing is excessively Billing
Detainees for phone calls, while at Henry County Jail,
& Livingston county Jail charges excessive pricing for
Local in state calls, are excessive they charge a
3.00 connection charge plus so ¢ Per minute, But if you
obtain a oot of state phone number it is only
21 cents per minute, secorur LL.c is Purhely
charging for local calls Leaving and Price goudging
Extorting oor Families

Claim
5) Advanced correctional Healthcare, and Eli Lilly
and company & Dr Dan williams arere delibeately
Indifferent to my serious medical need, on 12-16-2015
I filed a sick call about my medicine was not
working, again on 12-29-2015 I Imformed thu
Doctor and medical the cymbalta (Duloxetine)
That it was not working (at no time was I
givin any Drug Imformation on the Drugs
Dr Dan williams has Prescribed me from January
2014 Through Present From  knox county, Henry county

6

and Livingston county Jail, several times I have Requested drug Information, on 12-29-2015 After Telling Health care the medicine is not working again I f cymbalta around that time I stoped taking the medication I Began Having increased agitation, anger "Brain Zap's" "electric shock like sensations in Head" "severe and dangerous Mood swings" "Partial Psychosis" "shaking spells" "Tremors", self mutilation, hitting my self, Dr Dan williams Advanced correctional Healthcare and Eli Lilly ; company were ① negligent ② failure to warn of cymbalta has a black box warning ③ Deliberate indifferent ④ strict Product liabiaty. After stoping the use of cymbalta I went trough Extreme withdrawls this caused a substantual Risk of harm to my Health from withdrawls and failure to warn and Psychotic events while on it, After about a month The withdrawls stopped after Researching I found the following case's Involving Eli Lilly, Denise gauedecrone v. Eli Lilly No 1:15 co365 (S D Ind)    In Re cymbalta ( Doloxetine Product Liability Litigation (NID Ill ) 2015 5936934 People of the state of Illinois v. clifford baker Defendant Became violent from the use of cymbalta I was on cymbalta 4 months and had 2 extreme Psychotic events During this period Therefore Eli Lilly ; company Dr Dan williams and advanced correctional Healthcare were deliberately indifferent to my serious medical needs

Claim

¶ 6   On August 23 I fell down steps carring about 80 lbs, Then I was threatend to be tazed Because I was in to much Pain to walk to observation By mr martin, ¢o Alexender was Present, also ¢o Brendee vance, so while in Pain I walke to observation so I would not get Tazed, On August 24 ARound 1030 am supt william cox Pushed me to Healthcare in a wheelchair, on the way Back I was in a arguement with the superintendant, once in my observation cell in cell 2 In Booking william cox dumped me out of the wheel chair on the floor and Left me there, sgt Jason Durham was Present, I was in extreme Pain, This was dileberate and excessive and unprofessional. I am still in Pain in my Back it took untill Jenuary to get a M.R.I scheduled Livingston county Jail and Dr Dan william advendred correcational were and are deleberetely indifferent to my serious medical need, and supt william cox was excessive in the care and dumping me on the floor This grievence Pissapeared both times filed

Claim

¶ 7  on october 23, 2015 I was Placed in segrigation after going on a hunger strike I Repeatedly asked To to c/o fosdic To restrain me in the Restraint chair al least six Times I was hitting my Head on wall and hitting my self in the face finally sgt Jason Durham I ask him to Restrain me in the chair and hit my self in the face

I was put in the suicide Room unrestrained I hit my face and kicked a window one time and it Broke, Then finnally I was restrained I have a history of Bi Polar, schizophrenia mood D/o Anti social, I should have Imediatly Been Restrained Before this for my safety Livingston county Jail was deliberately indifferent to my medical needs, I was in the chair for about 5 Hours Asst superintendant stewart Inman had Me forcefully Removed from the restraint chair officer mcgrath excessively Removed me and severely Brused my right risk, once filing grievences they were discarded, Asst supt stewart Inman said at first I would only have to pay for the window then Once I started filing complaints stewart inman Threatend to have charges filed on me for Retaliation for filing complaints, The window was not broke knowingly the eleventh circuit Pattern Instructions 9.2 The word Knowingly as that term has Been used in the Indictictment or in those Instructions, means that The act was done voluntararily and intently and not because of a mistake, I was in a Pschotic state either caused By medicine or my mental disorders) stewart Inman and Livingston county Jail are deliberatity to my serious medical need

Claim

¶ 8    Dr Dan Williams and advanced correctional Health care has been deliberately indifferent to my serious medical need ① Dr williams started prescribing medicine before he knew any medical history or reports ② Latter after recieving all Past Psychological exam ordered a full Battery of testing to be done, then let the united states marshal service Dictate and talk him out of his Recomendation, Being dilliberately indifferent to my serious medical need ④ Dr williams gave a unsubstantiated dianosis of hypochondrios when nothing in my Past suggest such a finding ⑤ Dr williams Prescribed Lithium, That caused extreem mood changes, He told me he has never seen such a low dose of Lithium cause hypothyroidism, once tested my thyroid was extremely high. T.E see attached complaint ⑥ Dr williams Prescribed welbutrin After about a month the welbutrin caused and extreme alergic Reaction, I was Told this would not cause it But my Parents Look it up and I stopped taking the medicine and the alergic Reaction went away ⑦ Dr Dan william ż Advanced correctional Healthcare are not imforming us of any of our medical information, Prescriptions, Recomdations, side affects, ect ⑨ Dr williams said I was Imaging my Back Problems. untill M.R.I showed different ⑩ Dr Dan williams is dilliberately indifferent for allowing Administrations, U.S Marshals ect Dictate what medical treatment is needed, see complaint #3  12-31-2015 for more claims

RELIEF REQUESTED

(State what relief you want from the court.)

_____

Calories  for Adult men

Claim #1

    This Inmate believes that the administration
of this Jail nameingly sup William cox Ast supt stewarat
In man is imbezling, extorting, and usein state and
Inmate funds for Proffit supt william cox has a history
of litigation from logan correctional center in 2001
and impezling Inmate trust funds. a thourough investigation
needs to be done. The funds from Inmate accounts,
Inmate trust fund Account, Dietary food funds ect.


    This defendant seeks monitary and Legal
Relief for Pain & suffering, mental & emotional and
Reempurse for funds.



Brian Broadfield

Brian Broadfeld

Pro Se      3-12-2016

Claim 9

Livingston county Jail is locking Detainees out
of thier Rooms 12 Hours a day causeing extreme
Pain and discomfort this is cruel and unusual
Ponishment.

Claim 10
Livingston county, sherriffs office is disregarding
freedom of Imformation Requests
Advanced correctional Healthcare is disRegarding
freedom of ~~the~~ Imformation Requests Porsuant to
5 I.l.c.s. s/140

Claim 11
Livingston county Jail is violating 18 u.s.c 4013
(d) 1 (c) iii By charging for mental Health

Claim 12
The administration at Livingston county Jail
is dening me my P.L.R.A. Prison Litigation
Reform act Rights

Claim 13
Livingston county Jail is not complying
with the American correctional standard as
Required By contract # 26-13-0002 and
18 . u.s.c 4013 (c)(2)(A) (d)(1) (a)(3)
and not serving the Propher amount or

Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

January 26, 2016

Brian Broadfield
Livingston County Jail
844 West Lincoln Street
Pontiac, Illinois 61764

Dear Mr. Broadfield:

My office has received both of your letters. The first one dated November 12, 2015 and the second one dated December 21, 2015. Criminal Justice Specialist Brad Besson met with you at the Livingston County Jail on December 21, 2015 to discuss your various issues.

According to you, the administration of the Livingston County Jail fails to address your grievances. After speaking with both Superintendent Cox and Assistant Superintendent Inman, they refer to their rulebook which states that grievances **must** be written for one subject only. As has been your pattern, one grievance report normally contains more than one complaint and therefore is considered excessive.

The medical care that you are/have been receiving meets the minimum standard set forth in the *Illinois County Jail Standards*. The standard set for your mental health care is also being met by the facility health care provider.

Each county jail is required to classify their detainees. The placement of detainees within a particular facility falls outside the purview of this unit.

The *Illinois County Jail Standards* require each facility to establish and maintain a commissary system. Participation by purchasing items offered by the facility commissary system is entirely voluntary and by no means compulsory.

The practice of restricting access to detention rooms during non-sleeping hours has been proven to prevent nefarious activities and is used for the safety of both staff and detainees.

According to Assistant Superintendent Inman, the Livingston County Jail will be discontinuing the issuance of safety razors in favor of electric razors.

Excessive and/or frivolous grievances will continue to be acknowledged but may not be answered individually.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Sincerely,

Mike Funk
Manager
Detention Standards Unit

cc: Sheriff Tony Childress
 Superintendent William Cox
 Specialist Brad Besson

Brian Broadfield
844 W. Lincoln st
Pontiac, IL 61764
Livingston county Jail

National Human Rights
Athority; Illinois gaurdianship
& advocacy commission
East central
HRA office
2125 south First Champaine
IL, 61820

Complaint #0002                    December 26, 2015

My name is Brian Broadfield, I am a federal detainee, I have been diagnosed with Bi Polar Manic Type; schizoprenia Paranoid type; Antisocial Personality; Mood disorder N.O.S and several other Axis 1 Disorders & substence abuse disorders, These Records are well documented, since being housed at Livingston county Jail I have had several problems, on 10/23/2015 after a incident They Tryed to move me I went on a hunger strike and was placed in segrigation, at this time I started to go into a manic episode, I started to hit myself in the face, and hit my head on the door and window and wall; I Repeatedly asked officer Fosdic to put me into a restraint chair more then six times, for my safety, this request was ignored.

Sgt Jason Durham came by to do his check I asked him to put me into the restraint chair, he asked why and I hit myself in the face and hit my head on the door, sgt Durham then put me in a suicide suit and in a suicide Room I continued to hit my self in the face and hit my head on the wall I kicked the small window one time and it cracked, finally I was placed in the restraint chair once secured in the chair

①                                            10R4

I continued to cut the circulation of in my wrist and hit my head on the wall this continued for several hours, I asked not to be removed from the chair I was still in a manic state and a risk to my self when in these states I have no control, after about at least 5 hours sgt Durham, officer Mcgrath, officer long ₹ officer Lisa long Removed me from the chair at the direction from superintendant Stewart Inman, I was forcefully removed my right wrist was severely Bruised by officer Mcgrath, I was shackled, hand-cuffed, and carried to another cell where while being unshackled ₹ handcuffed I started choking from the side of the concrete bed, once released I again hit my self and hit my head on the door, I then deficated and urinated ~~on the floor and smeared it on the floor~~ ₹ Door, This manic state lasted for a few days while in these manic states I lose all control and can sleep for days after.

The superintendant stewart inman told me he would not charge me for the window criminally, I Recieved two weeks in segrigation, and I stayed in segrigation for Two additional weeks, I Filed grievances on the incident for eccessive force ₹ Mental Health housing, and other issues that were ignored, after

filing other complaints, I am now being threatend that criminal charges will eventully be filled, I have Reported this to Illinois Dept of corrections Jail standards unit, U.S.M.s, and others

also on 8-24-2015 After falling down some steps and hurting my back, and going on a hunger strike I was dumped out of a wheelchair By superintendant Cox and left laying on the floor after coming back from seeing the nurse. this grievence was disregarded to. I was treatend to be tazed on the 8/23/2015 Because I hurt to bad to walk to observation.

I have been on several different medications for my mental health, with side affects & allergic reactions, the Jail's and Dr are not properly addressing my mental Health or others I am not getting proper medications for anxiaty or any Psychiatric counsling, or help Suicidal Ideations were not documented, or addressed at that time, at this facility Livingston county Jail, or Henry county Jail, my issues are just changed by the doctor everytime reported to medical. to being called a Hypochondriac...

Other inmates "Detainee Watkins" in a Dorm is not being wacthed or addressed properly he goes for two months at a time with out showering, sleeps about 14 hours a day, uses

③

3 of 4

Bathroom on himself, defrecates in the shower, urinates in the sink, and the staff does nothing about it, this man needs serious Help, but no one pays any attention he problely has Bed sores.

The Issues at this Jail are tried To be addressed but we are threatend, "The food service" is well below standards, that Jail standards require, the administration seems to be more worried about the money from the contracted detainees than there Civil Rights,

also there has been a few instices of attempted sexual assulty that were not reported I believe around, or about August 28 — September 28 2015, These instances were reported to I.D.O.C By me But a thourough Investigation / Interviews needs done with many various inmate's, several violations of our rights are being infringed upon, My Mental Health and medical care is not being Properly addressed, there is none/no theripy or supervision of our medicine aagmentation, to see that we are being helped or its affectively working.

This constitutes a official complaint To the regional human Rights Athority

Brian Broadfield

12-26-2015

4 of 4

Administrative Review Board
1301 concordia court
springfield, IL 62794-9277

Appeal of Jail & Detentions Decision:          January 26, 2016

grievence(s) were filed with no Response on several Issues, with no response; These Issues were Indivdual on each grievence, On november 12, 2015 I Resubmitted These Issues on several complaints, This was the only time more Than on Issue was on one complaint, The original complaints were on one Issue each and were not ansered.

on november 12, 2015 I wrote the Jail standards Unit The To D.O.C, collections sent Brad Besson To Interview me, a investigation was inicated, The Response is enclosed, (The original Letters From november 12, 2015 & December 21, 2015 are in the possession of "Mike Funk" of The Jail & detention standards unit) This constitutes a appeal of The Decision. and should be obtained From them)

Issues Appealed

① On august 26, 2015 (a) grievence was filed on superintendant Wally Cox dumped me out of a wheelchair in the observation cell on august 24, 2015 This grievence was turned in and was not ansered, This was the only copy.

On august 26, 2015 (a) grievence was filed on superial c/o Martin For threatening to Taze me after falling down the steps an hurting my back when I hurt to Bad to walk to observation, This grievence also was not ansered and was the only copy

On October 28, 2015 I filed a grievence on eccessive

force on officers from October 23, 2016 when officers forced me out of a restraint chair during a Psychotic episode again this grievence was not ansered.

several other grievenc(s) were filed on

(a) Take out food Pricing and charging double for Price Prohibited by 20 Administrative code 701.250 (c) was not ansered

(B) care by Advanced correctional Heathcare for Back Pain deliberate indifference was not ansered, several filed

(c) care by advanced correctional Health care for Mental Healthcare, was not ansered

(D) grievence about being locked out of cells and housing in Pods Due to Back Pain

Appeal:

( Paragraph 2b) (a) superintendant cox ; superintendant Inman's claim that more than one Issue was Put on one complaint is unsubstatiated, Jail superintendents cannot show any grievence submitted with more than one complaint other than grievence filed on 11-12-13 for them not ansering the complaints, Jail and Detention standard unit did not seek any evidence to substantiate this claim A.R.B should Ask Livingston county Jail to produce These complaints

(B) Jail standards unit Did not seek and Review video(s) of superintendant wally cox dumping me out of a wheelchair on 8-24-2015

(C) Jail 1/3 Standards unit did seek and review video of eccessive force on 12-23-2015 By officers
( Paragraph 3 ) 1/3 ( Paragraph 4 )

(d) Advanced correctional Healthcare has been deliberately Indifferent to my medical need(s) after month(s) of Pain and inaction on my back Pain, M.R.I on January 14, 2016 shows damage to lower Disc(s) 1/3 a disc Pressing on spine in middle Back, Doctor was deliberately Indifferent for not addressing Pain Properly and by keeping me on Pod where on feet all day long causing back Pain to worsining ( Paragraph 3)

(E) Advanced correctional Healthcare 1/3 Dr Williams has Been deliberately indifferent to my mental Health, Records have not been obtained Dr williams has been negligent in all three Jail(s) Livingston, Knox, 1/3 Henry county Jail complaints were not answered.
( Paragraph 5 )

(F) Livingston county Jail is eccessively Proffiting off out side vendors for Food service By doobling the Retail Price from vendors such as Pizza Hut, Hungry Boys 1/3, Taco bell 1/3 Kentucky fried chicken, Also Hot food Item is are being sold from Dietary service(s) using state funding to Profit off Detainee(s) These are considered commisary Purchased and are not allowed To Be sold for more than Local Pricing, This is Fraud, and extortion see Administrative code 20 701.250 (e) For commisary Pricing

,of 6/

3

(Paragraph 6)

(g) Locking Detainee out of thier cells for 12 hours each day is cruel and unusual Punishment and cause(s) extreme Pain sitting and standing on steel & concrete for hours at a time

(Paragraph 7)

(H) grievences have not been ~~esse~~ eccessive or frivolous Issues have been Ignored, and grievences discarded This is a violation or my Right to Due Process & Prison Litigation Reform act P.L.R.A when Issues are not addressed or acknoledged, my Rights are violated and grievences have not been acknoledged untill addressed To I.D.O.C Standards unit, There is no Patteren of multiple issues present on one complaint.

On 1-12-2016 superintendant stewart Inman crumbled up two complaints and Threw them at me in nurse(s) office ① to Advanced correctional Healthcare & Dr williams and ① To United States marshal service This is ~~see~~ on camera on 1-12-2016 About 230~330 pm in nurses office, After this and superintendant wally cox Dumping me out of the wheelchair thier statement(s) should be subject to suspicion, there statements are a Frabrication, These videos should be viewed. To show integrity of Both superintendants.

This is a appeal of dail & Dentention standards unit Decision on 1-26-2016

1 of 4

Brian Broadfield

9 2-1-2016

ORiginal

United states Marshals
600 E MonRoe
SpringField, Il
333, 62701

Complaint #05   1-7-2016

This correspondence constitutes a official complaint against The Livingston county Jail, United states marshals service, and the attorney general of the united states:

The Livingston county Jail, U.S.M.S, Knox county and Henry county are imparcial and not allowing equal treatment under the color of law:

① Letting Inmate potts dictate what he can do, He is allowed to stay in his cell all day, or go in and out at will when everyone else is locked out of thier cell all day long

② Inmate Potts and another inmate on murder charges were caught with razor Blades, and did not get into trouble, in fact because of This Livingston county Jail is now violating the county Jail standards by not allowing us to shave daily

③ Inmate Russell a federal Detainee, is being treated specially ① superintendant stewart inman is being impartial and giving Detainee Russell and other Inmates free commisary, Today 1-2-2016 was done today, for him ② Detainee Russell recieved a disiplinary ticket for telling the superintendant to suck his D**K,③ was put on commisary denial, Then was giving all if his commisary back, then allowing russell to move back to a dorm when I was told you can not go Back to a dorm after a disiplinary charge Right away ④ Detainee russell gets free take out food from the super indendant, while others don't ⑤ Inmate Russell is allowed to pick what type of food is ordered from outside restorants

④ The Livingston county Jail is ordering food from east outside venders and charging twice the amount paid to the inmates, in effect

⑦

extorting the detainees & families, no samples are being ~~[illegible]~~ held in case of food Borne contamination or Illiness

⑤ The Livingston county Jail is/Let Two people be "attempted to be sexually assualted by a Federal detainee name gino and This was not reported outside of the Jail as Required to the U.S.M.S and I.D.O.C This was Reported to "Officer williams" from ~~[illegible]~~ august of 2015 — october or there about

⑥ Livingston county Jail is violating the american correctional Associations standard for not adhearing to daily nutrishinal, and calorie content as required by 18 U.S.C 4013 (a)(3) & (c)(2)(b) and contract # 26-13-0002 with U.S.M.S & L.C.J, and are also not meeting the content Required by The Ill. Dept. of corrections

⑦ as refferenced in complaint on 12-22-2015 in Issues 1,2,3 The Superintendant tryed to buy me off ~~[illegible]~~ with a phone card for free, after Being dumped out of wheel chair by supt. wally cox, falling down steps and much more

⑧ approximately June of 2015 I while on Law library computer seen that the outside internet was being accessed, by people with murder charges, I notified the administration nothing was done again Later it was brought to the attention of sgt Harmon it was allegedly fixed but no one was punished nor was this Reported to the U.S.M.S or I.D.O.C There is still a very likely chance any one can still access the outside internet because it is hooked to a wireless Router and the system can be by passed This is a mayer Security breach and puts us all in a extremely dangerous situation like happend at Knox county and the ecape attempt in march — April of 2014, when I was moved to Henry county county Jail for my safety

3 of 4

9) The united states marshals service is violating our rights and well being by not, not addaquately visiting, Inspecting, Inquireing with inmates about the care and conditions at the county Holding facilities in Jails; and are putting detainees at a substantial Risk like it did while I was at Knox county Jail; I was put at a extreem risk and mentally & emotionally effected from the incident at Knox county Jail in "March & April of 2014"

10 The U.S.M.S is placing my Health and safety, at Risk by Leaving me housed at Livingston county Jail without proper medical and mental Health treatment

11 The U.S.M.S is not providing fair and equal treatment to all Detainees Detainees being housed in the various county Jails are not recieving The same care as detainees in the custody of the bureau of Prisons and Attorney general as pretrial detainees, in Respects to medical and mental Health care, housing, recreation, food, face to face visiting education & counsling, this is a violation of our right to due process and fundamental fairness.

12 The U.S.M.S, Livingston county Jail and, Advanced correctional Healthcare are causing me extreme mental, emotional, and pysical damage(s)

13 Detainees housed in the care and custody of Bureau of Prisons and attorney general are allowed addaquate processes to exaust complaints, addaquate Law library and addaquate access to the courts

14 The U.S.M.S is denying Detainees access to effective counsel Detainees being housed hours away from court and counsel This is denying detainees effective competent counsel, counsel cannot addaquately Represent Detainees being housed hours away

3

4 of 4

⑮ The United States Marshals Service is denying ~~detainees~~ Detainees proper medical care and is being deliberately indifferent to my serious medical need; Placing me in extremely dangerous Possisions; denying me my right to due Process, and to fundamental fairness and fair and equal treatment

⑯ The U.S.M.S is causing extreme Hardships on detainees and families by housing detainees in county correctional centers "by" excessive priceing on commisary and Phone, Travel time to visit no face to face visits, where Pretrial detainees in B.O.P get the inaddaquate dietary nutrishinal needs, detainee housed in B.O.P have addaquatly Priced commisary, addaquate medical and mental Health care

⑰ finally The U.S.M.S and the attorney general of the united states is violating our Rights, Putting us in dangerous Possisions and scenarios, also the Health care is administering ineffective and inaddaquate mental Health medicines benzodiapenes to some but are being imparticl to others who need mental Health medicine like me

This is a official complaint and tort claim and a attempt To exaust my Remidies, from June 2013 – January 2015 I have been moved from tazewell county Jail, Knox county Jail, Henry county Jail each time not being allowed to bring my Property with me The total value is at least $200.00 in commisary, clothing Books, and cosmedics and with no way to obtain my Property from each Jail, each Jail will have Records of commisary Puchases Prior to transfer, This detainees Record, Reciepts, documents were not allowed to be kept, I was Transfered In august 2013, January 2014, April 2014, and March 2015

1-8-2016     ④ Brien Broadhield

Advanced Correctional
Healthcare
39 22 W. Barring Trace
Peoria, IL 61615

Complaint #3    12/31/2015

This correspondence constitutes a official complaint against Dr. Dan Williams & Advanced Correctional:

Dr Dan Williams has been incompetent and deliberately indifferent to my serious medical needs starting at Knox county in February 2014 continuing At Henry county Jail untill present at Livingston county Jail January 2016;

① Starting at Knox county Jail on or about February 2014 Dr Williams starting Prescribing medicine before he had any of my medical history,

② Dr. Dan Williams had in his possesions "All" current batties of Psychological Testing on 3-24-2014 when he advised that a full battery of "testing be done" medical records will confirm this, Then about May, after correspondence with the united states marshal service via Emails Dr williams Let the U.S.M.S change his opinion, because the marshals did not want to pay for the testing Dr williams "had already" Before The Emails The most current evaluation From the bereau of Prisons), in fact This was the First evaluation he had, This is the Report that The U.S.M.S Let or Persuaded him to resend his Last Recomendation For Testing then Dr williams let the marshals service form his oppinion because the marshals service did not want to pay For this, His excuse was he had not had the current exam, which in truth He never reviewed the exams before this; this can be confirmed in transcripts from the U.S District court when I filed for a independant evaluation. While the exams were in his possesion The hole time

①

③ then I had to file Pro se a motion in the district court to recieve a Psychiatric exam, To try to get a battery of testing in order to diagnose, and Prescribe Proper medicine, That then Resulted without testing Due too, ~~Doc~~ Dr Williams letting the Marshals service form his oppinion and The ineffective assistance of counsel. This caused a severe deliberate indifference, without testing The result was a Mood Disorder unspecified, and still no way to properly Medicate, for the last two years

④ DR williams gave a unsubstantiated diagnosis of hypochondrios, when nothing in my Past Sugest of Present suggest a finding.

⑤ while in henry county Jail on Lithium, I felt my moods Changing and felt my Thyroid was off ballance, his oppinion was that he had never seen this with this low a dose of Lithium, once Tested my Thyroid stimulating hormones were extremely high

⑥ I was told that Lithium would not cause hypothyroidism, but I had read articles, and Dr Ryan finkenbine of The univesery of Illinois school of Medicine confirmed this, Dr finkenbine also said That most of the time your T.S.H levels will Return to normal if discontiuing the Lithium, I disregarded the doctors Recomendation to continue the Lithium and my thyRoid Levels returned to normal, also the Lithium was Causing Manic episodes

⑦ while on bupropian/welbutrin I was having a severe clergic reaction, I was told The bupropian would not cause This, Then I had to have my family look up side effects To find the information on the alegic reactions

⑧ Dr williams is deliberately indifferent for not imforming us of any of our medical Imformation, Prescriptions, Recomendations, side effects, ect, The only information I have seen about my Health

except through F.O.I.A Request through the united states marshals service, This is being deliberate indifferent, and incompetent

9) Dr williams accuses me of Imaging my back Problems, for eight months, I have been asking for my past medical records on my back to show the damage to my back, but Dr williams refused To get them, so for 8 months I have been in extreme pain while he just keep switching back and forth from Tylond, Ibuprofin, motrin, and mobic, that has not helped at all, and I have been now been waiting almost two months for a M.R.I

10) Dr williams is deliberately indifferent for not even trying to change, or try to address my medications for my mental Health and back, and heart burn that is not working

11) out of almost two years Dr williams has not addaquately Taken time to Identify and treat my mental Health traits, Properly or medicate with a full view of mental Health charactoristics he has not spent more than 30 minutes out of two years on all Health issues with me.

12) Dr williams has several times diagnosed many different D/o with out no observation at all this is incompetent and deliberately indifferent.

13) Dr williams is deliberately indifferent by being impartial to Detainees need by hetting his medical oppinions in each Jail Administration, as to treatment, and medication is being dictated by the Jails also he allows other's to recieve medications not help with there mental Health, but not to others that need to and lets the Jail, in each case dictate his services

The treatment given by dr Dan williams/PA is not competent

is deliberately indifferent, complaints have been filed with the following: Regional Human Rights Authority; Illinois gaurdianship and advocacy commission; The U.S marshals service, the U.S district court, ~~and the~~ Illinois Department of corrections; Livingston county Jail in which are denying my Rights to exaust my P.L.R.A Prison Litigation Rights act.

This is an official complaint, and constitutes a request to advance correctional Health care to Appoint a doctor for my Health and a specialist for my Mental Health This is Being addressed By Illinois department of corrections Jail standards unit and will be further addressed After thier Decision on the complaints...

Failur to appoint a different Dr for my Mental and Mental Health would further be deliberately indifferent to my serious medical needs.

Dr Dan Williams is not to be allowed to treat me his treatment has been incompetent, and impartial to my Health and needs

this is a official complaint

..C carbon copy

.s.m.c                              Brian Broadfield    U.S.M.#
)r Dan williams                     Brian Broadfield      18618-026
..D.O.C                             844 W. Lincon St
ivanced Healthcare                  Pontiac IL  61764
                                    Livingston county Jail



# OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

January 22, 2016

Mr. Brian Broadfield
844 West Lincoln Street
Pontiac, Illinois 61764

RE:  FOIA Request for Review – 2016 PAC 39448: **INCOMPLETE**

Dear Mr. Broadfield:

The Public Access Bureau has received your correspondence asking us to review the denial of your Freedom of Information Act (FOIA) request by the Livingston County Sheriff's Office.  Under section 9.5(a) of FOIA[1] a Request for Review must be made in writing and signed by the requester.  The request must also include both:

1)      a copy of the FOIA request that you submitted to the public body; and

2)      any response(s) that you received from the public body.

Your correspondence did not include the FOIA request that you submitted to the public body. Please send us the missing information as soon as possible.

Section 9.5(a) of FOIA further provides that a request for review must be filed with the Public Access Counselor "not later than 60 days after the date of the final denial" of a FOIA request.  This office must receive the missing information within 60 days after the public body's final denial.  If we do not receive this additional information, we will not have authority to review this matter and this incomplete file will be closed without further action or notification to you.

---

[1] 5 ILCS 140/9.5(a) (West 2014)

Mr. Brian Broadfield
January 22, 2016
Page 2

        If you have any questions, please contact the Public Access Counselor's office at
the address listed on the first page of this letter.  Thank you.

                        Very truly yours,

                        *Katie Jedlicka*

                        KATIE JEDLICKA
                        Administrative Clerk
                        Public Access Bureau

# 4

Advanced Correctional Healthcare
3922 W. Barring trace
Peoria, IL 61615

Freedom of Information act Request  5 ILCS 140/0:5

<u>Requestor's name:</u>

Brian Broadfield

844 w Lincoln st

Pontiac IL 61764      (S) Brian Broadfield, 1-16-2016

<u>Date request recieved:</u>

I Request the following:

① Policy } Procedure(s) for distributing medication in contracted facilities, Prisons, county Jails, state, county, municipal or federal "contracties" but not limited to; By Advanced correctional Healthcare } kinds of medicine

② Policy } Proceedure(s) for Handling and care of detainees who are mentally ill, developely disabled, dually diagnosed, or emotionally disturbed, but not limited to; in contracted facilities } Training of staff

③ Policy } Procedures for the treatment, Handling, care all policy } Proceedures for detainees Being cared for By The contracted medical staff in Prisons, county Jail, state, county, municipal or federal facilities but not Limited to; By Advanced correctional Health care, Dr(s) nurses ect...

④ All Policy } Proceedures for the Privacy of Detainees Medical care medical Records, but not limited to by advanced correctional Healthcare (HiPPA laws)

Request) "first 50 pages free"

Pursuant to 5 I.L.C.S 140/0

Request granted or denied

yes ____    No ____

why ____

# LIVINGSTON COUNTY SHERIFF'S OFFICE

Tony childress

**AL LINDSEY, Sheriff**
844 W. Lincoln Street
Pontiac, Illinois 61764

| | | | | |
|---|---|---|---|---|
| Office | 815/844-2774 | | Jail | 815/844-5774 |
| Fax | 815/844-5124 | | Fax | 815/842-8061 |

## FREEDOM OF INFORMATION ACT REQUEST FORM
5 ILCS 140/3(d)

| | |
|---|---|
| **Requestor's Name** Brian Broadfield | **Date Request Received** |
| **Address** 844 W. Lincoln | **Response Expiration Date (5 business days)** |
| **City – State – Zip** Pontiac, IL 61764 | **Date of Incident / Case Number** |
| **Telephone** | **Will the material be used for commercial/solicitation purposes?** _____ Yes _____ No |
| I authorize Livingston County Sheriff's Department to redact dates of birth contained in the requested records. **Signature** Brian Broadfield | **Name/Title of Person Receiving Request** |

**Request:** A copy of 2014-2015 Budget I.E Finacial Record Including But not limited to costs, expenses, operations, Dietery, (commisary, Trust fund) e.c.t

| | |
|---|---|
| Extension Expiration Date_____ | **Extension of Compliance** |
| _____ Signature of Requestor | _____ Approved By Signature |

*********************************************************** ***********************************************************
**(For Agency Use Only)**

| | |
|---|---|
| Records Made Available? Yes _____ | Request Denied and Why? No _____ |
| Al Lindsey, Sheriff          Date | Al Lindsey, Sheriff          Date |

| | | | |
|---|---|---|---|
| Called Requester / In Person or Mesg | Date _____ | | |
| Report Picked Up By Requester | Date _____ | Denial Picked Up By Requester | Date _____ |
| Report Mailed To Requester | Date _____ | Denial Mailed To Requester | Date _____ |
| Report Faxed To Requester | Date _____ | Denial Faxed To Requester | Date _____ |
| Copy Sent To County Clerk | Date _____ | Denial Notified Requester By Phone | Date _____ |

| | | | |
|---|---|---|---|
| ( ) Fee Waiver Request | | ( ) Approved  ( ) Denied  Date _____ | |
| ( ) FOI First 50 pages – Free / .15 cents thereafter | | .15 x _____ pages  = | $ _____ |
| ( ) Insurance Request | | $ No charge | $ No charge |
| ( ) Certification / Notary | | $ 1.00 Fee | $ _____ |
| ( ) Accident Report | | $ 5.00 Fee | $ _____ |
| ( ) Accident w/Reconstruction | | $ 20.00 Fee | $ _____ |

Total Charges Rcvd. By _____ Date _____   ( ) Cash $_____ ( ) Check #_____ $_____

This agency will respond to a request for public records within (5) working days after receipt of request, unless an Extension of Compliance is agreed upon. If your request is denied, you may file an appeal. Directions on How to Submit a Request for Review is on the reverse side of this request form.

# LIVINGSTON COUNTY SHERIFF'S OFFICE

Tony Childress ~~AL LINDSEY~~, Sheriff
**844 W. Lincoln Street**
**Pontiac, Illinois 61764**



| | | | | |
|---|---|---|---|---|
| **Office** | 815/844-2774 | | **Jail** | 815/844-5774 |
| **Fax** | 815/844-5124 | | **Fax** | 815/842-8061 |

## FREEDOM OF INFORMATION ACT REQUEST FORM
### 5 ILCS 140/3(d)

**Requestor's Name**
Brian Broadfield

**Address**
844 W. Lincoln St

**City – State – Zip**
Pontiac IL 61764

**Telephone**

I authorize Livingston County Sheriff's Department to redact dates of birth contained in the requested records.

**Signature** Brian Broadfield

**Date Request Received**

**Response Expiration Date (5 business days)**

**Date of Incident / Case Number**

**Will the material be used for commercial/solicitation purposes?** _____ Yes _____ No

**Name/Title of Person Receiving Request**

**Request:** a copy of 2014–2015 Fiscal year ¿ 2015–2016 Fiscal year thru December of 2015, of Livingston county sheriff/Jail(s) comprehensive Annual Financial Report (CAFR)

**Extension Expiration Date** _____ **Extension of Compliance**

_Brian Broadfield_
**Signature of Requestor** _____ **Approved By Signature** _____

*************************************************** *(For Agency Use Only)* ***************************************************

**Records Made Available?**

Yes _____

Al Lindsey, Sheriff          Date

**Request Denied and Why?**

No _____  _____

Al Lindsey, Sheriff          Date

Called Requester / In Person or Mesg   Date _____

Report Picked Up By Requester          Date _____

Report Mailed To Requester             Date _____

Report Faxed To Requester              Date _____

Copy Sent To County Clerk              Date _____

Denial Picked Up By Requester          Date _____

Denial Mailed To Requester             Date _____

Denial Faxed To Requester              Date _____

Denial Notified Requester By Phone     Date _____

| | | | | |
|---|---|---|---|---|
| (   ) Fee Waiver Request | | (   ) Approved   (   ) Denied   Date _____ | | |
| (   ) FOI First 50 pages – Free / .15 cents thereafter | .15 x _____ pages | = | $ _____ | |
| (   ) Insurance Request | $  No charge | | $  No charge | |
| (   ) Certification / Notary | $  1.00 Fee | | $ _____ | |
| (   ) Accident Report | $  5.00 Fee | | $ _____ | |
| (   ) Accident w/Reconstruction | $ 20.00 Fee | | $ _____ | |

Total Charges Rcvd. By _____ Date _____   (   ) Cash $ _____   (   ) Check # _____   $ _____

This agency will respond to a request for public records within (5) working days after receipt of request, unless an Extension of Compliance is agreed upon. If your request is denied, you may file an appeal. Directions on How to Submit a Request for Review is on the reverse side of this request form.

Complaint # 07

Doug sparks                              March 3 2016

as wacthing the news today, about sentencing Hearing on reg nal Potts a Inmate That was being Heard at Livingston county Jail on a murder charge

On the news they found a I Phone n his Paper work at court today, This is a mayor security Breach

as you can see from my original complaint!

① This Jail was letting Potts dictate what he could do

② Inmate Potts being caught with razor blades On Transport

③ The law library being used on the internet that I reported Twice, I am Pretty sure It was "Potts" and a federal detainee "Scott" accessing the internet

look Mr Sparks from Knox county to Henry to Livingston if I am Bringing up these issues its for the safety of us all, These are serious Issues and already once put alot of People at Risk

1

my last court date stewart inman was there
he told me it was because I wrote marshells Headquartes
Doug I wrote the judga first He told me to file
complaints on these Issues and thats what I am doing
Doug I would hope that you know saw blades, Razor blades,
cell Phones, and Internet access are serious Issues ; I
am Just doing the right thing whether the administration
Here is, and it always gets worse before it gets better
I am on medicine that works now for my mental
Health, But Doud I am going to exaust my administrate
Issues

Doug I Just want the right things
Just Imagine if on a Transport Potts would have used
that cell phone, He has only been Here ; cook
county Its like that the phone came from here


Sorry about every thing But these
Issues are not small, and I would not Be
suprised, if this Jail dont Report they found
That Phone Today


; I was Just Told          I am Just Trying
' By a officer They         To do the Right
found what Looked like      Thing
~ hand cuff Key once        Brian Broadful

## DETAINEE HANDBOOK

### APPEALING A GRIEVANCE RESPONSE

When a detainee is dissatisfied with the resolution of his/her grievance, he/she may, within five working days of receipt of written notice, appeal in writing to the Jail Superintendent. The Superintendent shall notify the detainee in writing, within twenty working days, (when possible) of the decision of the appeal. If the detainee is still not satisfied, he/she may appeal to the Standards Unit in writing:

> Office of Jail and Detention Standards
> P.O. Box 19277
> 1301 Concordia Court
> Springfield, IL 62794-9277

## SECTION III  GENERAL OPERATIONS

### ASSISTANCE & REFERRALS- Social Services
A list of local Medical and Mental Health agencies is available upon request.

### MEAL SERVICE
The meals provide sufficient nutritional value. All meals are to be eaten in the day room area other than detainees that are on lockdown status. Detainees will be required to sit at the tables in order for the meal to be served. Detainees will remain seated at all times while the detainee workers are serving the meal. At the completion of meals, detainees are required to empty their trays into the trash receptacles provided for this purpose. Throwing utensils, trays or cups in the trash receptacles is a misuse of county property and may result in discipline. Detainees with special diet needs should submit such requests to medical staff through a sick call. Request for menu substitutes due to detainee religious beliefs should be made in writing to the Jail Superintendent.

### DETAINEE MOVEMENT
While moving throughout the facility, detainees will be required to follow staff directions. Detainees are not to attempt to contact other detainees while moving through the facility. It is at the Correctional Officers discretion whether detainees in General Population will be restrained (handcuffed) during movement. Restraints (handcuffs) are required during movement of any detainee in Disciplinary Segregation or any detainee that is considered a high risk.



## DETAINEE HANDBOOK

11. 1 Detainee handbook replacement cost $3.00
12. 1 Hygiene kit**
13. 2 Bras (females)
14. 1 Pair shoes
** A hygiene kit may be requested for $2.50 and will be handed out on Mondays.

- All detainees will sign that they have received all issued items. The officer will also sign the receipt. <u>All detainees are responsible for any item issued to him/her. All issued items will be returned. If the item is not returned in the same condition that it was issued, the detainee will be held financially responsible for the items. The cost of the hygiene bag will be charged to the detainee's trust fund account.</u>

## CLASSIFICATION

All detainees will be housed according to assigned classification. The process of Classification begins at intake to the facility and continues throughout the detainee's incarceration. There are three stages of classification.

- Pre-Classification- At intake and during the booking process
- Initial Classification- Prior to housing assignment
- Re-Classification- periodic review during incarceration

Several factors are considered during classification. Following are some of the primary factors:

- Criminal Charges
- Criminal History
- Previous Jail History
- Special Needs

A review of detainee's security and assignment classification shall be conducted at least every 60 days. Detainees may request a review of their classification once every thirty days.

## <u>SECTION II DETAINEE RIGHTS</u>

## RIGHTS AND CONDITION OF CONFINEMENT

While a detainee is confined to the Livingston County Jail, he/she has certain rights, which are derived from the United States Constitution, the Constitution of Illinois, Illinois County Jail Standards and local ordinances and standards.

The following is a brief description of detainee rights. Detainees must be able to distinguish between <u>privileges</u> and <u>rights</u>.

- Due process procedures
- Classification and housing assignment
- Reasonable precautions to protect detainees from physical or verbal harassment or harm by themselves, employees, or other detainees

PROPERTY OF
LIVINGSTON COUNTY JAIL

7

011914

## DETAINEE HANDBOOK

- Adequate meal service/nutrition
- Adequate medical care or attention
- Safe, sanitary, and humane conditions
- Adequate air quality
- The availability of toilet, bathing, laundry, and grooming facilities

Privileges are anything offered by the facility that exceeds that which is required by laws or minimum standards. Some activities or services are a _privilege_, such as television.

### Prison Rape Elimination Act (PREA)/Custodial Sexual Misconduct

All reports of sexual assault and/or misconduct will be taken seriously. The privacy and consideration of the victim will be our main priority. The Livingston County Jail has a zero tolerance policy concerning sexual assault and/or misconduct. Results of any investigation involving sexual assault and/or misconduct will be forwarded to the States Attorney for prosecution, where appropriate. Detainees who knowingly and intentionally file a false report will face legal action. All Detainees can call 815-842-8052 toll free to report sexual assaults.

### DETAINEE GRIEVANCES

A grievance is an internal, confidential process for the resolution of complaints. It is _not a process to:_

- Request services
- Insult staff
- Retaliate against staff

A detainee must attempt to informally resolve the issue before filing a grievance. Grievances should not be the only method for resolving an issue. If a detainee cannot resolve the issue informally, he/she should explain why in the grievance. **If a detainee files a misleading, slandering (false accusations), including false emergency grievances, the detainee may be subject to disciplinary action or other appropriate action as determined by the Jail Superintendent.**

### FILING STANDARD GRIEVANCES

Grievance forms are available at all times from a Pod Control Officer. It is important to fill out the grievance form completely. Detainees may receive assistance in filing procedures from a staff or another detainee.

Detainees must submit grievances within five (5) days of the incident prompting the grievance. Only one grievance may be filed for any single incident or concern. A grievance may be withdrawn at any time by submitting such notification in writing to the Jail Superintendent.

### RESPONSES TO GRIEVANCES

The Jail Superintendent will designate one staff member to review detainee grievances.

PROPERTY OF
LIVINGSTON COUNTY JAIL

8

011914

# DETAINEE HANDBOOK

The grievance Officer will investigate and review all grievances and report their findings in writing to the Jail Superintendent and to the Detainee filing the grievance.

Supt. William Cox          Livingston County Sheriff's Corrections
Asst. Supt. S. Inman                    844 W Lincoln st.
                                         Pontiac Il. 61764
                               JAIL: 815-844-5774 FAX: 815-842-8066



## Livingston County Grievance Response

**Name:**  Brian Broadfield

**Grievance Date:**  11/12/15

**In Response to your Grievance:**  *#.001*

- As per Livingston County Jail- DETAINEE HANDBOOK, p.7—
  Only one grievance may be filed for any single incident or
  concern.

Date: 11/13/15

Grievance Officer:  John Halley

Date Detainee received copy:

Detainee signature:



#00II

Both sides not Returned

## Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**              ( ) **OTHER**

**NAME:** Brian Broadfield          **DATE:** 11-12-2015

Superintendant

**UNIT/CELL #** F-1

Stewart Inman                       **TIME:** 11 : 30

**Describe your request / grievance**

Not Been Here are Renewed grievances that have
consered the first time:
and heres a list of other Grievances
That have not Been addressed that were Filed

① Being Dumped out of wheel chair By supt cox
② Being threatend to Be tazed after falling
down the stairs                                    over

**RECEIVED BY OFFICER:** Simmons          **DATE:** 11-12-15
**RECEIVED OFFICER ID** 338

**RESPONSE:** Put in Inmans box

**ANSWER GIVEN BY:** Simmons 338   **DATE:** 11-12-15

LCJ-036

Copy

# 001

**Livingston County Jail**

( ) **REQUEST**

( Appeal of )
(X) **GRIEVENCE**

( ) **CALLING CARD**

( ) **OTHER**

NAME: Brian Broadfield          DATE: 11-13-2015

UNIT/CELL # F

TIME: 6:00 Pm

**Describe your request / grievance**

grievence on: grievences not answered, Date Denied
11-13-2015, officer John Hally
grievence filed on 11-12-15

RECEIVED BY OFFICER:_____  DATE:_____
RECEIVED OFFICER ID _____

RESPONSE:

ANSWER GIVEN BY:_____  DATE:_____

LCJ-036

Supt. William Cox        Livingston County Sheriff's Corrections
Asst. Supt. S. Inman                   844 W Lincoln st.
                                        Pontiac Il. 61764
                          JAIL: 815-844-5774 FAX: 815-842-8066



## Livingston County Grievance Response

**Name:** Brian Broadfield

**Grievance Date:** 11/12/15

**In Response to your Grievance:**

**Section 701.90 Medical and Mental Health Care**  # 002

a)      Medical and Mental Health Services
        All jails shall provide a competent medical authority to ensure that the
        following documented medical and mental health services are available:

On 10/27/15 you were seen by Mental health and again on
11/5/15 for evaluations. This information was forward to our
Medical Dept.   On 11/10/15 you were seen by Medical and a
Medication change was ordered.

Date: 11/13/15

Grievance Officer:  John Halley

Date Detainee received copy:

Detainee signature:



#002

## Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**
                                    ( ) **OTHER**

**NAME:** Brian Bradfield          **DATE:** 11-12-2015

**UNIT/CELL #** F 1

                                    **TIME:** 11:00

**Describe your request / grievance**

This is The Second Grievence
filed about violation of
20 Admin Code 701.60 (G) A
detainees who are mentally Ill develpely disabled
dually diagnosed, or emotionall disturbod shall be
house or tiered and maintained under supervision
as recomended by a mental Health Professional
Livingston Co Jail is Being deliberate indifferent

**RECEIVED BY OFFICER:** _____  **DATE:** _____
**RECEIVED OFFICER ID** _____

**RESPONSE:**
_____
_____
_____
_____
_____
_____


**ANSWER GIVEN BY:** _____  **DATE:** _____

LCJ-036

To My Serious Medical Needs, I have Been dually diagnosed, and am emotionally unstable, have been being Punished for it.

#002

#002

## Livingston County Jail

(  ) **REQUEST**

( Appeal of
(X) **GRIEVENCE** )

(  ) **CALLING CARD**          (  ) **OTHER**

NAME: Brian Broadfield          DATE: 11-13-2015

UNIT/CELL # F

TIME: 6 : Pm

**Describe your request / grievance**

grievence on: Mental Health Housing Date denied
11-13-15; officer John Hally; grievence filed
on 11-12-15

**RECEIVED BY OFFICER:**_____ **DATE:**_____
**RECEIVED OFFICER ID** _____

**RESPONSE:**

**ANSWER GIVEN BY:**_____ **DATE:**_____

LCJ-036

Supt. William Cox
Asst. Supt. S. Inman

**Livingston County Sheriff's Corrections**
844 W Lincoln st.
Pontiac Il. 61764
JAIL: 815-844-5774 FAX: 815-842-8066



## Livingston County Grievance Response

**Name:** Brian Broadfield

**Grievance Date:** 11/17/15

**In Response to your Grievance:** #003

   After reviewing your case with the Jail Doctor, and being advised by medical that there is no medical reason why you can't be housed in a pod. So upon your release from Segregation the Jail Classification Officer will determine where you will be housed.

Date:  11/17/15

Grievance Officer:   Supt. Inman

Date Detainee received copy:

Detainee signature:



# 003

## Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Brian Broadfield          DATE: 11-8-2015

UNIT/CELL # F-2

TIME: 5:15

**Describe your request / grievance**

I cannot Be Put in on pod, I cannot stand or sit all day I have scoliosis, and bone spurs in my Back and a bulging disc I need to Be able to take the Pressure off my Back. I cannot take in on my Back This is being deliberately indifferent to my serious medical need

RECEIVED BY OFFICER: _____  DATE: 11-8-15

RECEIVED OFFICER ID _____ 340

**RESPONSE:**

_____

_____

_____

_____

_____

_____

**ANSWER GIVEN BY:** _____  **DATE:** _____

LCJ-036

#003

**Livingston County Jail**

Appeal of grievence

( ) **REQUEST**

(X) **GRIEVENCE**

( ) **CALLING CARD**

( ) **OTHER**

NAME: Brian Broadfield          DATE: 11-17-2015

UNIT/CELL # F

TIME: 7 :00

**Describe your request / grievance**

grievence on ; housing , Bad Back on Housing in Pod
Date denied 11-17-13 , supt Inman grievence filed on
11-17-2015

**RECEIVED BY OFFICER:** _____ **DATE:** _____
**RECEIVED OFFICER ID** _____

**RESPONSE:**

**ANSWER GIVEN BY:** _____ **DATE:** _____

LCJ-036

Supt. William Cox     **Livingston County Sheriff's Corrections**
Asst. Supt. S. Inman           844 W Lincoln st.
Pontiac Il. 61764
JAIL: 815-844-5774 FAX: 815-842-8066



## Livingston County Grievance Response

**Name:**  Brian Broadfield

**Grievance Date:**  12/10/15

**In Response to your Grievance:**  ⊘ # 0064

The American Correctional Association Standards are recommended standards only, are not
mandatory, and alleged violations of those standards do not give rise to civil rights violations.  Your
citation to 18 U.S.C. 4013(c)(2)(b) is inapplicable because this statute applies to the U.S. Marshall's
contractual use of private detention facilities to detain and care for federal inmates.  The statute is not
applicable to the Livingston County Jail.

Date: 12/11/15

Grievance Officer:  Supt. Inman

Date Detainee received copy:  12/11/15

Detainee signature:



**Livingston County Jail**

( ) **REQUEST**                    (✓) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Brian Bronefield          DATE: 12-16-2015

UNIT/CELL # _____

TIME: 11 : 45

Describe your request / grievance **#004**

Livingston co Jail is violating feceral law By not following the stancercs of the American correctional association; 18 U.S.C. 4013 support of united states Prisoner in non feceral institutions (C)(2)(b). In order to be eligible for a contract for the Housing, care, and security of Prisons held in the custocy of The united states marshalls Pursuint to feceral law and funding uncler (a)(3) a Privat entity shall (b) meet the standards of the American correctional Associat The menu does not meet the standards for the Association, along with various other violations & civil Rights violations, Administration at the Jail claim it does not have to follow 18.U.S.C (2)(2)(A) - (E) Particularly (B)

RECEIVED BY OFFICER: _____     DATE: 12/10/15
RECEIVED OFFICER ID _____ 3321

RESPONSE: _____
_____
_____
_____
_____
_____
_____

ANSWER GIVEN BY: _____     DATE: _____

C.C. coordination Review Section
U.S. Dept. of Justice
Civil Rights Division / special Litigation unit
950 Pennsylvania Avenue NW office
Of the assistant Attorney general main
Washington D.C. 20530

C.C.
Mike funk
Jail & correctional
Standards unit
1301 concorcia court
springfield, IL 62794-9473

LCJ-036

#004

**Livingston County Jail**

APPeal of

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Brian Broadfield          DATE: 12-11-2015

UNIT/CELL # H

TIME: 2 : 30

Describe your request / grievance

Grievence on American Correctional Standards, 18 U.S.C. ©4013
(c)(2)b; grievence denied 12-11-2015 ; officer supt Inman

RECEIVED BY OFFICER:_____ DATE:_____
RECEIVED OFFICER ID _____

RESPONSE:

ANSWER GIVEN BY:_____ DATE:_____

LCJ-036

NAME  __BROADFIELD, BRIAN_____

GRIEVANCE DATE  __11/28/15__

IN RESPONSE TO YOUR GRIEVANCE: #OO S

- You were questioned during booking in reference to any known allergies or medical issues
- You failed to disclose known medical conditions (including Hospital/Doctor/Nurse ordered <u>current</u> treatment of these condition(s), medication taken, and/or other health related information to correctional staff during the "Book-in" procedure

        YOU HAVE BEEN SEEN BY THE NURSE AND DOCTOR AND CONTINUE TO HAVE ACCESS TO MEDICAL TREATMENT THE LIVINGSTON COUNTY JAIL FOLLOWS THE DOCTORS ADVICE.AND IS IN COMPLIANCE WITH JAIL STANDARDS.

DATED  _____12/08/15_____

GRIEVANCE OFFICER :  HALLEY  320_____

DATE DETAINEE RECEIVED COPY _12/08/15_

Cc/Supt.
Cc/Sgts.

#0005

## Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Brian Broadfield            DATE: 11-28-2015

UNIT/CELL # I-1

TIME: 2:30

Describe your request / grievance

I can not Take This Being on my feet, or Having Pressure on my back all day long, This is cruel & unusual punishment all because Livingston Co. Jail don't have enough staff to properly monitor, People in Pods, They are being diliberately indifferent to my serious medical need, There is Proof now that there is damage to my lower back over & over I have Told Them There was, Half of the grievences are not ansverd

RECEIVED BY OFFICER: S. Perrotta        DATE: 11-28-15
RECEIVED OFFICER ID 337

RESPONSE:

ANSWER GIVEN BY: _____        DATE: _____

C.C: carbon copy
Mike Funk
Jail & correctional standerts
unit, 1301 concordia court
Spring Field, IC 62794-9429

LCJ-036

# 005

**Livingston County Jail**

Appeal of

(X) **REQUEST**    (X) **GRIEVANCE**

( ) **CALLING CARD**    ( ) **OTHER**

NAME: Brian Broadfield    DATE: 12-8-2015

UNIT/CELL # H

TIME: 8:00

Describe your request / grievence

grievence on Back Pod musical Punisishment, grievence denied on 12-8-2015, officer John Holly

**RECEIVED BY OFFICER:** _____ **DATE:** _____
**RECEIVED OFFICER ID** _____

**RESPONSE:**

**ANSWER GIVEN BY:** _____ **DATE:** _____

LCJ-036

NAME ___ BROADFIELD, BRIAN

GRIEVANCE DATE ___12-16-15

IN RESPONSE TO YOUR GRIEVANCE:

(d)  Health Care Fees For Federal Prisoners in Non-Federal Institutions.—
(1) In general.—Notwithstanding amounts paid under subsection (a)(3), a State or local government may assess and collect a reasonable fee from the trust fund account (or institutional equivalent) of a Federal prisoner for health care services, if—
(A)   the prisoner is confined in a non-Federal institution pursuant to an agreement between the Federal Government and the State or local government;

(B) the fee—
(i)   is authorized under State law; and

(ii)   does not exceed the amount collected from State or local prisoners for the same services; and

(C) the services—
(i)   are provided within or outside of the institution by a person who is licensed or certified under State law to provide health care services and who is operating within the scope of such license;

(ii)   constitute a health care visit within the meaning of section 4048(a)(4) of this title; and

(iii)   are not preventative health care services, emergency services, prenatal care, diagnosis or treatment of chronic infectious diseases, mental health care, or substance abuse treatment.

the term "health care visit"—
(A)   means a visit, as determined by the Director, by a prisoner to an institutional or noninstitutional health care provider; and

(B) does not include a visit initiated by a prisoner—
(i)   pursuant to a staff referral; or

(ii)   to obtain staff-approved follow-up treatment for a chronic condition

• DATED ___12-28-15

GRIEVANCE OFFICER ___HARMON #308

DATE DETAINEE RECEIVED COPY  1-29-16 #308
                                             SHH

Cc/Supt.

Agreement Number  26-13-0002

least thirty (30) calendar days in advance of termination, unless an emergency situation requires the immediate relocation of Federal detainees.

Where the Local Government has received a Cooperative Agreement Program (CAP) award, the termination provisions of the CAP prevail.

## Assignment and Outsourcing of Jail Operations

The overall management and operation of the Facility housing Federal detainees may not be contracted out without the prior express written consent of the Federal Government.

## Medical Services

The Local Government shall provide Federal detainees with the same level and range of care **inside** the Facility as that provided to state and local detainees.  The Local Government is financially responsible for all medical care provided **inside** the Facility to Federal detainees.  This includes the cost of all medical, dental, and mental health care as well as the cost of medical supplies, over-the-counter medications, and any prescription medications routinely stocked by the Facility which are provided to Federal detainees.  When possible, generic medications should be prescribed.  The cost of all of the above-referenced medical care is covered by the Federal per diem rate.  However, for specialized medical services not routinely provided within the Facility, such as dialysis, the Federal Government will pay for the cost of that service.

The Federal Government is financially responsible for all medical care provided **outside** the Facility to Federal detainees.  The Federal Government must be billed directly by outside medical care providers pursuant to arrangements made by the Local Government for outside medical care.  The Local Government should utilize outside medical care providers that are covered by the USMS's National Managed Care Contract (NMCC) to reduce the costs and administrative workload associated with these medical services.  The Local Government can obtain information about NMCC covered providers from the local USMS District Office.  The Federal Government will be billed directly by the medical care provider **not** the Local Government.  To ensure that Medicare rates are properly applied, medical claims for Federal detainees must be on Centers for Medicare and Medicaid (CMS) Forms so that they can be re-priced to Medicare rates in accordance with the provisions of Title 18 U.S.C. Section 4006.  If the Local Government receives any bills for medical care provided to Federal detainees outside the Facility, the Local Government should immediately forward those bills to the Federal Government for processing.

All **outside** medical care provided to Federal detainees must be pre-approved by the Federal Government except in a medical emergency.  In the event of an emergency, the Local Government shall proceed immediately with necessary medical treatment.  In such

Page **4** of **14**

Local Government (initial): _MML_
Federal Government (initial): _RLB_

#06

## Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Brian Broadfield          DATE: 12-16-2015

UNIT/CELL # H

TIME: 10:00 PM

**Describe your request / grievance / amount of calling card**

: have a copy of the contract between Livingston County Jail $ us marshells" and understand that Per 18 4013(d) That some fees may be collected for "some lth care services" (but not for mental Health) I need to see the doctor because my tal Health medicine is not working, but I can not fill out a sick call slip The intendant said he would charge me, and I really need to see the doctor to get my icine changed... 18 U.S.C 4013(d) Prohibits charging a fee for mental Health care - 18.U.S.C 4013(d) 1) (B) fee ~ "iii" "are not" Preventive Health care services, rgency services, Prenatal care, diagnosis of cronic infectious diseases, tal Health care" or substance aboohse treatment.

**RECEIVED BY OFFICER:**                 DATE: 12·18·15
**RECEIVED OFFICER ID**    340

**RESPONSE:**

**ANSWER GIVEN BY:**                  DATE:

C.C
Mike Runk
Bcl concordia court
springfield, IL 62794-
9244                    LCJ-036

18 United States Code 4013 (d) :  Health care fees

for federal Prisoners in non-federal Institutions —

1) in general notwithstanding amounts paid under subsection

(a) (3), a state or local government may assess and collect

a reasonable fee from the trust fund account (or institutional

equivalent) of a federal Prisoner, "if —"

1) The Prisoner is confined in a non-federal institution pursuant

> an aggreement between the federal government and the

tate or local government;

) The fee —

   is athorized under state law; and

) does not exceed the amount collected from state and

cal Prisoners for the same services; and

) "are not": preventitive Health care services,  emergency

rvices, Prenatal care, diagnosis of cronic infectious diseases,

tal Health care", or substance abuse treatment —

This is not [illegible] not authorizing payment for sick call for my mental Health it is not

# LIVINGSTON COUNTY JAIL (allowed Per federal Law)
## SICK CALL SLIP/REQUEST/CHARGE SHEET

NAME: Brian Broadfield    LOCATION: H-Pod

PROBLEM: My Medicine for my Mental Health
Illness/Injury    is not working, and I need Treatment and
care    different meds ???

The cost of your medical care will be determined by your ability to pay and will be assessed to you by the Nurse, Doctor, or Jail Administration as per 730 ILCS 125/20. NO ONE WILL BE DENIED MEDICAL TREATMENT DUE TO INABILITY TO PAY. Detainees, who do not have money on their account, will still be able to be seen by medical staff. A negative balance will be placed on detainee account until balance is paid. The charges for services are listed below:

Signature _____ Date _____

C/O Signature _____ ID#_____ Date _____
*Do not write in shaded area. Doing so will cause this request to become VOID.*

is

Hached To a grievence

*Appeal of grievence #6*

To: SuperIntendent

## Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**
                                        *Appeal*

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Brian Broadfield                DATE: 1-29-16

UNIT/CELL # K

Grievence Date 12-16-15  ( decision on 1-29-16   TIME: 6 :00

**Describe your request / grievance**

Date of Decision 1-29-16 (Sgt Harman) grievence for Healthcare fees

Section (c) (3) of 18 U.S.C. 4013 states that you are not to be charged for Mental Health, This grievence was not answered The grievence officer just copied the statue without a answer I A see answer next Page, we can be charged but not for Mental Health

RECEIVED BY OFFICER: _____ DATE:

RECEIVED OFFICER ID _____

RESPONSE:

ANSWER GIVEN BY: _____ DATE:

LCJ-036

NAME ____ BROADFIELD, BRIAN____

GRIEVANCE DATE ___12-28-15___

IN RESPONSE TO YOUR GRIEVANCE:

THE LIVINGSTON COUNTY JAIL CONTRACTS HEALTH CARE SERVICES
THROUGH ADVANCED CORRECTIONAL HEALTHCARE. IF YOU HAVE
UNRESOLVED HEALTH CARE ISSUES YOU NEED TO BRING YOUR
CONCERNS TO THEM AND TRY TO RESOLVE THE ISSUES.

- DATED ____1-29-16____

GRIEVANCE OFFICER ___HARMON #308_____

DATE DETAINEE RECEIVED COPY  1-29-16  #32  STH

Cc/Supt.
Cc/Sgts.

( Copy )

#008

## Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Brian Broadfield          DATE: 12-26-2015

UNIT/CELL # H

                                TIME: 9:00 Pm

**Describe your request / grievance**

The Livingston county Jail is not allowing me to exhaust my administrative Remidies, I have filed several grievances most in which have not been ansered, The administration is attempting to assure that P.L.R.A Provisions are not met, The Prison litigation Reform Act, is the most common claim That the detainees have not exhausted there administrative remidies, several Times I have filed complaints/grievances to no avail, to the point that The Jail & Detentions have been notified, The Grievances that have been Ignored were significant, and I have been threatend about filing them By Both superintendants for filing them, and other reasons

**RECEIVED BY OFFICER:** _____ **DATE:** _____
**RECEIVED OFFICER ID** _____

**RESPONSE:**

**ANSWER GIVEN BY:** _____ **DATE:** _____

LCJ-036

Appeal of grievence

To: Super Intendent

**Livingston County Jail**

( ) **REQUEST**                    (X) **GRIEVENCE**
                                        Appeal

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Brian Broadfield            DATE: 1-29-16

Grievence Date ~~12-8~~
12-28-15      UNIT/CELL # K

          Decision on 1-29-16     TIME: 6 : 00

**Describe your request / grievance**

Date of Decision 1-29-15 (Sgt Harmon) grievence on P.L.R.A several grievences have not Been ansered, These include ① 3 grievences on Back Pain & Healthcare ② Filed on 8-26-15 grievence on being Dumped out of wheel chair By supt Cox ③ grievence on C/O Mattin threeting to Taze me after fell down stairs ofiled on 8-26-15 ④ on C/o mcgrath for excessive Force filed on 10-28-15 ⑤ on food Prices Filed on 11-12-15 ⑥ on Dietary Food not being cooked ⑦ Appeals of grievences from (11-13-15) on grievences, (11-13-15) on Mental Health (11-17-15) on housing & Back, (12-11-15) on A.C.A standards, (12-8-15) on Back and Housing

RECEIVED BY OFFICER: _____     DATE: _____
RECEIVED OFFICER ID _____

RESPONSE: _____
_____
_____
_____
_____
_____
_____

ANSWER GIVEN BY: _____     DATE: _____

LCJ-036

# 009

## Livingston County Jail

( ) **REQUEST**  (X) **GRIEVENCE**

( ) **CALLING CARD**  ( ) **OTHER**

NAME: Brian Broadfield  DATE: 12-29-2015

UNIT/CELL # H-Dorm

TIME: 10 : 00

**Describe your request / grievance**

^ 12-29-2015 I went to sick call, the medicine Prescribed is not working, will not keep taking medicine that does not work, The cymbalta "is not working", I have increased anxiety and the Pills have no effect, The for Bi Polar is not working at all and has not worked period, have been very angry and having mixed episodes, I have been on Mobic my Back that has no effect for the Pain, and the ranitidine for heart burn is not worked The indigestion is very Painfull, Dr Dan Williams and ingston county Jail and Advanced correctional Healthcare are being liberately indifferent to my serious Medical needs. my medicine needs changed

RECEIVED BY OFFICER: RHS  DATE: 12/29/15

RECEIVED OFFICER ID 353

**RESPONSE:**

**ANSWER GIVEN BY:**  **DATE:**

C Mike Funk
\ standards unit
concordia court
gfield, IL 62794-9277

LCJ-036

Appeal of Grievence #189

To: Superintendent **Livingston County Jail**

( ) **REQUEST**                    (X) **GRIEVENCE**
                                        appeal

( ) **CALLING CARD**              ( ) **OTHER**

NAME: Brian Broadfield          DATE: 1-29-16

UNIT/CELL # K                   TIME: 7:00

Grievence Date 12-28-15         Decision on 1-29-16
**Describe your request / grievance**

Date of Decision (1-29-16) (Sgt Herman) on medicine &
Doctor

This Issue was Addressed Three times with health care
Nothing was done, Then I stoped taking it on my own
Because it was not working, The cymbalta caused mayor withdrawls &
side effects from stoping, and I was not informed Before hand this would
Happen; or that it has been shown to cause Psychotic episodes, There
is a mayor Law suit against Eli Lilly for this Advanced correctional
Health care was deliberately Indifferent

RECEIVED BY OFFICER:_____ DATE:_____
RECEIVED OFFICER ID _____

RESPONSE:
_____
_____
_____
_____
_____
_____

ANSWER GIVEN BY:_____ DATE:_____

LCJ-036

NAME _____ BROADFIELD, BRIAN

GRIEVANCE DATE _____ 12-28-15

IN RESPONSE TO YOUR GRIEVANCE:

THE GRIEVANCE OFFICERS ARE RESPONSIBLE FOR OTHER DUTIES AND
ANSWER GRIEVANCES AS TIME PERMITS. AS OF THIS DATE I HAVE NO
RECORD OF UNANSWERED GRIEVANCES.

- DATED _____ 1-29-16

GRIEVANCE OFFICER _____ HARMON #308

DATE DETAINEE RECEIVED COPY 1-29-16 #308 SH

Cc/Supt.
Cc/Sgts.

## Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**              ( ) **OTHER**

**NAME:** Brian Broadfield)        **DATE:** 1-1-2016

**UNIT/CELL #** H

**TIME:** 1 : 30

**Describe your request / grievance**

The Staff at Livingston county jail, c/o Ms martin + c/o fosdick are diagnosing mental Health conditions, c/o Fosdick + c/o martin Told me That I can control the conditions of my Bi Polar disorder and not go into my manic sides, c/o martin told me that my medicine was working Because of my emotional states, she is not present all the time to witness me at all times, These officers are not doctors, and are risking my Health and is a danger to me and the jail, c/o fosdick already Ignored my medical conditions on 10-23-2015 and put my Health at Risk on simialy

**RECEIVED BY OFFICER:**
**RECEIVED OFFICER ID** 334        **DATE:** 1/1/16

**RESPONSE:**

**ANSWER GIVEN BY:**                **DATE:**

LCJ-036

NAME ____BROADFIELD, BRIAN____

GRIEVANCE DATE ___1-1-16___

IN RESPONSE TO YOUR GRIEVANCE:

YOUR COMPLAINT ON OFFICER CONDUCT WILL BE FORWARDED TO THOSE
OFFICERS SHIFT SUPERVISOR FOR MONITORING:

- DATED _____1-29-16_____

GRIEVANCE OFFICER ___HARMON #308___

DATE DETAINEE RECEIVED COPY _1-29-16_ #308

Cc/Supt.
Cc/Sgts.

(COPY)

Complaint # 001

# Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

**NAME:** Brian Broadfield                    **DATE:** 1-1-2016

**UNIT/CELL #** H

**TIME:** 3 :00

**Describe your request / grievance**

On several occations we have filed several grievances on each occations over months at a time, about the food each time the food is inedible, we have Refused to eat the food, and have not been provided any other food we have Been told To file grievances. These grievences dont get answered, The Inmates on H-Pod Have complained, J-Pod, C-Pod People have been Taken to seg on J-Pod, C-Pod refused to give trays back This is the only food we get, this is inhumane, The Jail is violating our rights This grievence has been sent to I.D.O.C, Ms Martin Told us if we did not like The food we should have checked into a different Hotel

**RECEIVED BY OFFICER:**_____ **DATE:**_____
**RECEIVED OFFICER ID** _____

**RESPONSE:**
_____
_____
_____
_____
_____
_____

**ANSWER GIVEN BY:**_____ **DATE:**_____

C.C Mike Funk
1301 Concordia Court
Springfield, IL
61794 - 9277

LCJ-036

## Livingston County Jail

(  ) **REQUEST**                    (X) **GRIEVENCE**

(  ) **CALLING CARD**               (  ) **OTHER**

NAME: Brian Broadfield          DATE: 1-12-2016

UNIT/CELL # H                    TIME: 3 :00

To States Attorney

**Describe your request / grievance**

On 11-12-2015 I was taken to sick call to Address, The delerately
indifference by Dr Williams incompetent treatment when unliopheski
Treating and Prescribing ineffective medicines & benzodiopenes to
others that work, So Dr Williams is incompetent Livingston
County Jail, superintendant Inman Crumble up Complaints
to The doctor and Administration and threw at me
I Need Help The copies have been sent to U.S.M.S
& Advance Correctional Health I have serious Medical
Issues That are being deliberately Indifferent

**RECEIVED BY OFFICER:** _____ **DATE:** _____

**RECEIVED OFFICER ID** _____

**RESPONSE:**
_____
_____
_____
_____
_____
_____

**ANSWER GIVEN BY:** _____ **DATE:** _____

LCJ-036

COPY

Complaint # 013

## Livingston County Jail

(  ) **REQUEST**                    (X) **GRIEVENCE**

(  ) **CALLING CARD**               (  ) **OTHER**

**NAME:** Brian Broadfield                    **DATE:** 1-15-2016

**UNIT/CELL #** K

                                    **TIME:** 3 : 00

**Describe your request / grievance**

On January 11, 2016 while at sick call, I after sending copies of complaints on Dr Ron Williams, U.S.M.S, and Livingston county Jail, while at sick call superintendant crumbled up the complaints and threw them accross the room, These were complaints # 03, Dated (12-31-2015) To Avenced correctional Healthcare & # 5 1-2-2016 against U.S.M.S and Livingston county Jail, superintendant" stewart in man" deliberately destroyed these complaints, This action should be considered as a exaustion of Remidies

**RECEIVED BY OFFICER:** _____ **DATE:** _____
**RECEIVED OFFICER ID** _____

**RESPONSE:**

_____
_____
_____
_____
_____
_____

**ANSWER GIVEN BY:** _____ **DATE:** _____

LCJ-036

Copy

grievence # 14

# Livingston County Jail

( ) **REQUEST**                    (✗) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**

NAME: Brian Broadfield          DATE: 1-18-2016

UNIT/CELL # 1L

                                 TIME: 9 : 00

Describe your request / grievance

Dr Dan williams 1/3 Advanced correctional Healthcare and Livingston co. jail have Been dilberately Indifferent to my serious medical needs after several attemps to get medication changed, Do to not working, my medication was changed after Harming my self, Dr williams created a substantial Risk to my Health after dileberately, Ignored my medical needs

RECEIVED BY OFFICER:_____ DATE:_____
RECEIVED OFFICER ID _____

RESPONSE:

_____
_____
_____
_____
_____
_____

ANSWER GIVEN BY:_____ DATE:_____

Turned Into
C/O Potts
1-19-2016

LCJ-036

# Livingston County Jail

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**              ( ) **OTHER**

NAME: Brian Broadfield          DATE: 1-19-2016

UNIT/CELL # 12

TIME: 11 : 00

**Describe your request / grievance**

On 12-31-2015 I mailed a complaint to Advaced correctional on several complaints, one being Advanced ccisectional Heathcare staff not Informing Detainees of Medical Information, I.E on Preescriptions, Recommendations side affects on medications or medical Records, Advanced correctional staff has been deliberately Indifferent and negligent for not In forming me on medications, side affects, withdraw symtoms EcT. in Past with wellbutrin Lithium, and now with cymbalta, Having extreme side Affects & withdrawls, Brain zaps/eletric shok like sensations in head Increased Anxiety, headaches, shaking spells Tromer's, Psychosis, mood swings ect From cymbalta

**RECEIVED BY OFFICER:** _____ **DATE:** _____
**RECEIVED OFFICER ID** _____

**RESPONSE:**

_____
_____
_____
_____
_____
_____
_____

**ANSWER GIVEN BY:** _____ **DATE:** _____

given To c/o Potts
on 1-19-2016

LCJ-036

To whom it may concern                    12-22-2015
                    Official complaint
                    I am a federal detainee at
Livingston county Jail I have several mental Health D/o
Since being moved to Livingston County, I have had
several Problems, serious Problems To: start with a few

① I was dumped out of a wheel chair By the
superintendant wally cox after I fell down The
steps with about 80 Lbs in my hands and hurt my
Back, coming back from the nurse, The superintendant
Just Left Me on the floor.

② after I fell down The steps I was threatend
to be tazed after refusing to walk to observation
because my back hurt and could barely walk

③ on october 23, 2015 I was Placed in segregation
after going on a hunger strike after being moved
again, at this time I could tell I was going
into a manic episode, I asked to be restrained
Because I was hiting myself in the face ¿ hitting
my head into the wall and door, six Times
I asked to be put into the restraint chair
for my safety ¿ others, These manic episodes I lose
control, when I asked to be Put in the chair to the
sgt I hit my self in the face, I was Then put
in a suicide smock, and a padded Room, in which
I continued to Punch ¿ hit My head, I Kicked the

①

Window one time and it cracked, I continued To freak out, and finally I was placed In the chair for about or at least 4 hours, I did not want To be taken out I was in a manic state and still hurting my self I was forcefully Removed, I deficated on the floor, was manic for about 3 days after and on a hunger strike For 4 days, I was told By superintendant Inman I would only have to pay for the window. I was in seg for two weeks, and then stayed for another two week's, By my own choice.

Once out of seg I continued to file grievances about these Issues, that have not been ansered and are missing, The dail was making sure I could not exhaust my administrative remidies, or "PLRA, Prison Litigation Reform act."

I contacted Illinois Dept of corrections, And They Just interviewed me on 12-21-2015, I have Addressed These issues with supervising marshal in Peoria division Twice, Doug Sparks, The A.U.S.A. ; Judge Twice Since then The superintendant is threatening to now charge me criminally for the window for filing the grievences, I have Been threatend other ways also, my medical Issues have not Been addressed properly, my mental Health is worsining here, I have asked to be moved

②

but it is ignored, now its to a point it is not good for me to be held here any longer I have filed complaints with Illinois office of Executive Inspector, and the D.O.J, It is not good to be here for the Jail or me, the Jail I believe is fraudulenly using money, and is out of complience with many things I will be filing a 42 U.S.C 1983 ; Bivens suit on the Jail, once my remidies are exausted

There are many other complaints that were addressed with I.d.o.c that I am waiting for the response; approval; or denial either way its past the point of being safely, with trust incl integrity, and trust, for the u.s marshals service Livingston county Jail, or my self this is a official complaint ; Request to be moved in advance to filing suit agaist "Livingston county Jail in federal court", this has been addressed with; Judge Michael Mihm; Doug sparks us Marshals; stewart Inman Jail superintendent; Mike Fonk I.D.O.C Jail standards unit; Tate chambers A.U.S.A; and now U.S marshals Headquarters in Washington, DC ; springfield.

Please file this as a grievance ; complaint, and request to be moved out of Livingston county Jail

③

"This complaint acts as a official filing"
To the united states marshals service To
exaust my remidies and seek relief and
investigation."

Therefore I Brian D. Broadfield
U.S.M # 18618-026 Respectfully submit
This complaint

Brian Broadfield

12-22-2015

Carbon Copy

| | | |
|---|---|---|
| Doug Sparks | U.S.M.S | U.S.M.S |
| U.S.M.S | Headquarters | Headquarters |
| Peoria, IL | 600 E Monroe | Washington, DC |
| 100 N. Monroe | Springfield, IL | 20530-1000 |
| 61602 | 333    62701 | |

# GUARDIANSHIP & ADVOCACY COMMISSION
### Dr. Mary L. Milano, Director

**STATE OF ILLINOIS**
**Bruce Rauner**
*Governor*

HUMAN RIGHTS AUTHORITY
LEGAL ADVOCACY SERVICE
OFFICE OF STATE GUARDIAN



January 22, 2015

MR Brian Bradfield
Livingston County Jail
844 W. Lincoln ST
Pontiac, IL 61764

RE: Case # 16-060-9015
Livingston County Jail

Dear MR Bradfield,

Thank you for contacting the East Central Regional Human Rights Authority (HRA) regarding your complaints about services provided by the Livingston County Jail.

The HRA will consider opening a case for investigation after receiving your signed consent authorizing the release of information to the Human Rights Authority.

I have enclosed a release of information, a complaint form, information about the Human Rights Authority and a stamped addressed envelope if you wish to file the complaint.

Please contact HRA Coordinator Cathy Wolf at 217-278-5587 if you have questions. Thank you for bringing this matter to our attention.

Yours truly,

*Sandra Dixon (clw)*

Sandra Dixon, Chair
East Central Human Rights Authority

SD:clw
ENC

EAST CENTRAL REGIONAL OFFICE
♦ 2125 South First Street ♦ Champaign, IL 61820
♦ Telephone (217) 278-5577 ♦ Fax (217) 278-5588
♦ Statewide Toll Free Intake **(866) 274-8023** ♦ Statewide TTY (866) 333-3362



# 06

## Livingston County Jail

(  ) **REQUEST**                    (⊗) **GRIEVENCE**

(  ) **CALLING CARD**              (X) **OTHER**

NAME: Brian Broadfield                DATE: 1-18-2016

To: James/Nurse

UNIT/CELL # 12

TIME: 9 :00

**Describe your request / grievance**

I continue to and do not want Dr Dan Williams Treating me on any medical need, It would be advised to Talk with Advanced correctional Healthcare and arrange for a different Dr to see me, Dr williams has continuely Been Deliberately Indifferent to my serious medical need

RECEIVED BY OFFICER:_____  DATE:_____
RECEIVED OFFICER ID _____

RESPONSE:

ANSWER GIVEN BY:_____    DATE:_____

Turned Into c/o Potts
On 1-19-2016

LCJ-036

_____
_____
_____
_____
_____
_____
_____
_____
_____

JURY DEMAND          Yes  ☒          No  ☐

Signed this ___17___ day of ___March___, 20_1 5_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Brian Broadfield | 18618~020 |
| Address: | Telephone Number: |
|  |  |